IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANTHONY ELLIS, | § § § | |
| *Plaintiff,* | § § § | 5:23-CV-01146-RBF |
| vs. | § § § | |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION; | § § § § § | |
| *Defendant.* | § § § | |

**FINAL JUDGMENT**

Pursuant to the Order granting reversal and remand for further administrative proceedings filed in this matter, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the final decision of the Commissioner is **REVERSED** and **REMANDED** to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Upon entry of this Judgment, the Court's jurisdiction shall terminate except for purposes of consideration and determination of motions for attorney's fees, including any motion for such fees under the Equal Access to Justice Act.

**IT IS SO ORDERED**.

SIGNED this 4th day of April, 2024.

RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE